## R. NELSON STEVENS and Another v. DORE-REDPATH COMPANY.[1]

June 27, 1913.

Nos.18,087—(177).

**Case followed.**

Action in the district court for Ramsey county by the receivers of the Empire Casualty Company, a foreign corporation, to recover $974.79. From an order, Brill, J., overruling his demurrer to the amended complaint, defendant appealed. Affirmed.

*Durment, Moore & Sanborn,* for appellant.

*Orr, Stark & Collett,* for respondent.

PER CURIAM.

Stevens v. Tilden, supra, page 250, involves the same question. For the reasons there stated, the order appealed from is affirmed.